# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

10/26/11

*# 8457*
*× 4.81*
*10/26/11 MJ*

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    INGRAM, TODD R    / Case # 10-20136
            Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $4.81. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    \_\_\_\_\_ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    **X** The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

    Claimant Dell Financial Services, LLC    Amount $ 4.81    Claim Register # 8

                                                      DOUGLAS J. LUSTIG
                                                    Trustee

*FILED 11 OCT 26 PM 3:55 U.S. BANKRUPTCY COURT WDNY-ROCHESTER*

1600 Crossroads Building
Two State Street
Rochester, New York 14614

585 232 3730
FAX 585 232 3882
www.cdlawyers.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP